IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**AMY BALDIN, an individual and as sole manager of LUGANO PROPERTIES 4, LLC, a Nevada Limited Liability Company**,

    Plaintiff,

v.

**WELLS FARGO BANK, N.A., a National Bank registered to do business in Oregon, and WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A.**,

    Defendants.

No. 3:12-cv-00648-AC

OPINION AND ORDER

**MOSMAN, J.**,

    Judge Acosta recommended [133] that Plaintiff Amy Baldin's motion for leave to file a third amended complaint be granted in part and denied in part. Neither party filed objections.

### DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. I am not bound by the recommendations of the magistrate judge; instead, I retain responsibility for making the final determination. I am required to review de novo those portions of the report or any specified findings or recommendations within it to which an objection is made. 28 U.S.C. § 636(b)(1). However, I am not required to review, de novo or

1 – OPINION AND ORDER

under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether objections have been filed, in either case I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1).

Upon review, I agree with Judge Acosta's recommendation, and I ADOPT the F&R [133] as my own opinion.

IT IS SO ORDERED.

DATED this   6th   day of December, 2013.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER